### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew Mooney aka Matthew J. Mooney | CHAPTER 13 |
| Debtor | BKY. NO. 16-15765 ELF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3071

                                            Respectfully submitted,

                                            **/s/Denise Carlon, Esquire**
                                            Denise Carlon, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322 FAX (215) 627-7734