**IN THE U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Matthew Mooney : | |
|       Debtor : | |
| _____ : | |
| : | Chapter 13 |
| Matthew Mooney, : | Bankruptcy No.: 16-15765-elf |
|       Movant : | |
|       v. : | |
| : | |
| SMS Financial 30, LLC : | |
|       Respondent : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Hearing to be Held:**
**Date:** March 21, 2017
**Time:** 1:00pm
**Place:** United States Bankruptcy Court
Eastern District of Pennsylvania
Courtroom #1
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DEBTOR'S OBJECTION TO CLAIM NO. 3
## BY SMS FINANCIAL 30, LLC

    Matthew Mooney, Debtor, by and through undersigned counsel, has filed an objection to the proof of claim you filed in this bankruptcy case.

    **Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one**.

    If you do not want the court to eliminate or change your claim, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Eric L. Frank, Chief United States Bankruptcy Judge on **March 21, 2017 at 1:00pm** at the following location:

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Courtroom #1
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street
        Philadelphia, PA 19107

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@sjr-law.com

Date:  February 13, 2017