# IN THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Matthew Mooney : | |
| Debtor : | |
| _____ : | |
| : | Chapter 13 |
| Matthew Mooney, : | Bankruptcy No.: 16-15765-elf |
| Movant : | |
| v. : | |
| : | |
| SMS Financial 30, LLC : | |
| Respondent : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's Objection to Claim 3 filed by SMS Financial 30, LLC was forwarded on February 13, 2017, as follows:

*Via first class mail, postage pre-paid to the following parties:*

Attn: Dan Grober
SMS Financial 30, LLC
6829 N. 12th Street.
Phoenix AZ, 85014

*Via Electronic Filing (ECF) to the following parties:*

Corinne Samler Brennan, Esquire on behalf of Franklin Mint Federal Credit Union
cbrennan@klehr.com

Denise Elizabeth Carlon, Esquire on behalf of U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-4, By and Through its Loan Servicer Specialized Loan Servicing LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: February 13, 2017         Counsel for Debtor