IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| MATTHEW MOONEY, | Case No. 16-15765 (ELF) |
| Debtor | |

## CERTIFICATE OF SERVICE FOR THE
## OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION
## TO CONFIRMATION OF THE CHAPTER 13 PLAN

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Objection of Franklin Mint Federal Credit Union to Confirmation of the Amended Chapter 13 Plan to be served on the 21st day of March, 2017 upon the following parties in interest via U.S. Mail or the CM/ECF System of the Bankruptcy Court:

<u>Via U.S. Mail</u>
Matthew Mooney
806 Tremont Drive
Downingtown, PA 19335

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

<u>Via CM/ECF</u>
Denise Elizabeth Carlon, Esquire
bkgroup@kmllawgroup.com

Joseph L. Quinn, Esquire
CourtNotices@sjr-law.com

William C. Miller
ecfemails@ph13trustee.com
philaecf@gmail.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                KLEHR | HARRISON | HARVEY |
                BRANZBURG LLP

By:    /s/ *Corinne Samler Brennan*
        Corinne Samler Brennan, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-3393