# IN THE U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Matthew Mooney                                   :
                     Debtor          :
_____ :
                                        :      Chapter 13
Matthew Mooney,                                         :      Bankruptcy No.: 16-15765-elf
                     Movant          :
            v.                                     :
                                          :
SMS Financial 30, LLC                                   :
                   Respondent      :

## ORDER

       AND NOW, after Objection filed by Debtor to Claim No. 3 and after a hearing, it is

hereby **ORDERED** that Claim No. 3 is **DISALLOWED**.


3/29/17
_____                    _____
Date                               ERIC L. FRANK
                                   CHIEF U.S. BANKRUPTCY JUDGE