United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 16-15765-elf
Matthew Mooney                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Marie            Page 1 of 1           Date Rcvd: Mar 29, 2017
                       Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db             +Matthew Mooney,    806 Tremont Drive,    Downingtown, PA 19335-4128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13828665       +E-mail/Text: lferreira@smsfinancial.net Mar 30 2017 02:08:13      SMS FINANCIAL 30, LLC,
                 ATTN: DAN GROBER,   6829 N. 12TH ST.,    PHOENIX, AZ 85014-1109
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
       cbrennan@klehr.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Trustee
       relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-4, By and Through
       its Loan Servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
      JOSEPH L QUINN    on behalf of Debtor Matthew  Mooney CourtNotices@sjr-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5

**IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Matthew Mooney : | |
|       Debtor : | |
| _____ : | |
| : | Chapter 13 |
| Matthew Mooney, : | Bankruptcy No.: 16-15765-elf |
|       Movant : | |
|       v. : | |
| : | |
| SMS Financial 30, LLC : | |
|       Respondent : | |

**ORDER**

AND NOW, after Objection filed by Debtor to Claim No. 3 and after a hearing, it is hereby **ORDERED** that Claim No. 3 is **DISALLOWED**.

3/29/17
_____
Date

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE