**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| MATTHEW MOONEY, | Case No. 16-15765 (ELF) |
| Debtor | |

**PRAECIPE TO WITHDRAW**
**OBJECTIONS OF FRANKLIN MINT FEDERAL CREDIT UNION**
**TO CONFIRMATION OF THE CHAPTER 13 PLAN**

TO THE CLERK:

Kindly withdraw the Objections of Franklin Mint Federal Credit Union to Confirmation of the Chapter 13 Plan filed at Docket Nos. 20 and 38.

Respectfully submitted:

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By: /s/ Corinne Samler Brennan
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

Counsel to Franklin Mint Federal Credit Union

Dated: May 30, 2017