United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15765-elf
Matthew Mooney                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 1              Date Rcvd: Jun 05, 2017
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
db             +Matthew Mooney,    806 Tremont Drive,    Downingtown, PA 19335-4128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2017 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Trustee
               relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-4, By and Through
               its Loan Servicer Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Matthew   Mooney CourtNotices@sjr-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | | Chapter 13 |
| Matthew Mooney | | |
| Debtor(s) | | BK No. 16-15765-elf |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00.**

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b). 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 less $1,500.00 which was paid by the Debtor(s) prepetition.**

Date: 6/5/17

CHIEF JUDGE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE