IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| MATTHEW MOONEY, | Case No. 16-15765 (ELF) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing notice and motion of Franklin Mint Federal Credit Union for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an order pursuant to Bankruptcy Rule 4001(a)(3) to be served on this 24th day of September, 2019 via the CM/ECF System of the Bankruptcy Court upon the following parties in interest

Joseph L. Quinn, Esquire
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Rebecca A. Solarz
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

1

PHIL1 6193405v.1

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Notice of Motion, Motion, and related papers to be served on this 24th day of September, 2019 via U.S. Mail, postage prepaid, upon all parties listed below:

>Matthew Mooney
>806 Tremont Drive
>Downingtown, PA 19335

>KLEHR | HARRISON | HARVEY| BRANZBURG LLP

>By: */s/Corinne Samler Brennan*
>Corinne Samler Brennan, Esquire
>1835 Market Street, Suite 1400
>Philadelphia, PA 19103
>Telephone: (215) 569-3393