# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| MATTHEW MOONEY, | : | Case No. 16-15765 (ELF) |
| Debtor | : | |

**CERTIFICATE OF NO OBJECTION TO THE
MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION
FOR AN ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)
AND RULE 4001(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND A WAIVER OF THE FOURTEEN DAY STAY OF SUCH ORDER**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Franklin Mint Federal Credit Union for an Order Vacating the Automatic Stay Under 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a Waiver of the Fourteen Day Stay of Such Order (the "Motion") filed on September 24, 2019 at Docket No. 81 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection, or other responsive pleading to the Motion appears thereon. It is respectfully requested that the Order attached to the Motion be entered by the Court.

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By:   */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit Union*

Dated: October 9, 2019

1

PHIL1 6193405v.1