# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MATTHEW MOONEY, | : | Case No. 16-15765 (ELF) |
| | : | |
| Debtor | : | |
| | : | |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

Kindly withdraw the motion of Franklin Mint Federal Credit Union for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and Federal Rule of Bankruptcy Procedure 4001(a), which was filed on September 24, 2019, at Docket No. 82.  The hearing currently scheduled for Tuesday, October 29, 2019 shall be canceled as a result.

Respectfully submitted:

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By:    /s/Corinne Samler Brennan
       CORINNE SAMLER BRENNAN
       1835 Market Street, Suite 1400
       Philadelphia, PA  19103
       Telephone: (215) 569-3393
       cbrennan@klehr.com

Dated:  October 15, 2019

PHIL1 8305993v.1