Certificate Number: 05781-PAE-DE-034664661

Bankruptcy Case Number: 16-15765



05781-PAE-DE-034664661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2020, at 11:16 o'clock AM PDT, Mattew Mooney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 14, 2020                              By:      /s/Allison M Geving

                                                   Name:   Allison M Geving

                                                   Title:  President