**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    MATTHEW MOONEY, | : | |
|        Debtor | : | Bky. No. 16-15765 ELF |
| | : | |

# O R D E R

**AND NOW WHEREAS:**

A. On March 31, 2016, the above Debtor filed a chapter 7 bankruptcy case ("the Prior Case") in this court. (See Bky. No. 16-12240).

B. On July 14, 2016, a discharge was entered in the Prior Case.

C. On August 15, 2016, less than four (4) years after the commencement of the Prior Case, the Debtor initiated the above-captioned chapter 13 case in this court.

D. In this chapter 13 case, the Debtor's chapter 13 plan was confirmed and the Debtor has made all of the payments to the Trustee required under the confirmed plan. Compare with Chapter 13 Trustee's Final Report and Account (Doc. #93 ).

E. The Trustee's Final Report and Account represents that this case has been fully administered.

F. Pursuant to 11 U.S.C. §1328(f)(1), the Debtor is not entitled to receive a discharge in this chapter 13 case.

It is therefore **ORDERED** that the Trustee is discharged and relieved of any trust and that this case is **CLOSED WITHOUT THE ENTRY OF AN ORDER OF DISCHARGE**.

**Date: April 27, 2021**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**